## Marvin Kimble JONES, Plaintiff—Appellant,

v.

## WAL–MART; Sam'S Club; Steven Pazerdski, Defendants—Appellees.

### No. 12–1301.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 30, 2012.

Marvin Kimble Jones, Appellant Pro Se. William Keefer Brumbach, III, Littler Mendelson PC, Columbia, South Carolina, for Appellees.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Kimble Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action under Fed. R.Civ.P. 37(b)(2)(A)(v) and 41(b) for failure to comply with Defendants' discovery requests as ordered. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Wal–Mart,* No. 8:10–cv–00988–JMC, 2012 WL 684028 (D.S.C. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*